UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------x  
In re:  

JLF 114 Liberty, LLC,  

                       Debtor.  
-----------------------------------------------------------x  

Hearing Date and Time:  
April 26, 2018 at 10:00 a.m.  

Chapter 11  

Case No. 18-10608 (SHL)  

## NOTICE OF AUCTION RESULTS

Please take notice that in accordance with the bidding procedures approved by the Court pursuant to Order dated April 3, 3018 (ECF #11), a high offer of $6.3 million, plus payment of the 4% buyer's premium, was received from Richard B. Pacella, for the sale of the Debtor's condominium apartment at 114 Liberty Street, Unit 8, New York, NY 10006. A down payment in the amount of $620,000 was received by bank check, and has been deposited into the escrow account of the undersigned counsel for the secured lender, CREIF Lender LLC. The hearing to approve the sale results is scheduled for April 26, 2018.

A copy of the report of Maltz Auctions as to the solicitation of bids and results of the auction is annexed hereto as Exhibit "A".

A copy of the Real Estate Purchase Agreement is annexed hereto as Exhibit "B". As per the e-mail from the Debtor's counsel annexed hereto as Exhibit "C", the Debtor does not object to the sale, but has not yet signed the Real Estate Purchase Agreement.

Dated: New York, NY  
       April 23, 2018  

                                            Goldberg Weprin Finkel Goldstein LLP  
                                            Attorneys for CREIF Lender LLC  
                                            1501 Broadway, 22nd Floor  
                                            New York, NY 10036  
                                            (212) 221-5700  

                                            By:   /s/ Kevin J. Nash