# EXHIBIT C

# Ted Donovan

**Subject:** FW: Signatures

---

**From:** Paul Rachmuth [mailto:paul@paresq.com]
**Sent:** Monday, April 23, 2018 4:36 PM
**To:** Kevin Nash; adrienne@woodslawpc.com
**Cc:** knash@gwulaw.com
**Subject:** RE: Signatures

Kevin,

Though I have made many attempts, I have not been able to receive a signed sale agreement from my client or comments/edits on the agreement. I still hope he will call me back and send the signed page as he has promised to do. If we do not receive it, we will have to file with the court that the debtor has not objected to the sale, but has not executed the agreement.

PAR

Paul A. Rachmuth
Attorney at Law
265 Sunrise Highway, Ste. 62
Rockville Centre, New York 11570
Telephone: (516) 330-0170
Facsimile: (516) 543-0516
paul@paresq.com

1